UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN HAZEN,<br><br>    Plaintiff,<br><br>    v.<br><br>WOODLOCH PINES RESORT d/b/a WOODLOCH PINES, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:21-cv-00174<br><br>(SAPORITO, M.J.) |

### ORDER

AND NOW, this __16th__ day of February, 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the defendants' motion for summary judgment (Doc. 35) is **DENIED**.

_____
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge